UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

11 CA 10613 NG

PLAINTIFF: SHARON RIDDICK
PRO SE

CIVIL ACTION

NO.

V.

DEFENDANT: LAW OFFICES OF MARK MILIOTIS
(ATTORNEY MARK G. MILIOTIS, PAUL L. LANDRY ASSOCIATE)

LAW OFFICES OF ANOTHNY NEAL
(ATTORNEY ANOTHNY W. NEAL)

LAW OFFICES OF HERMES, NETBURN, O'CONNOR & SPEARING P.C.
(ATTORNEYS: KEVIN J. O'CONNOR, SARAH E.PUPURS)



LAW OFFICES OF SEGAL, ROITMAN &COLEMAN
(ATTORNEYS: PAUL F. KELLY, MICHAEL J. DOHENY)

MAGISTRATE JUDGE Collings

LAW OFFFICES OF RYAN T. KILLMAN
(ATTORNEY RYAN T. KILLMAN)

MASSACHUSETTS SUPERIOR COURT (JUDGE KATHE TUTTMAN)

HARRINGTON BROTHERS CORPORATION

SHEET METAL WORKERS INTERNATIONAL ASSOCIATION LOCAL 17

SHEET METAL WORKERS Local 17 Joint Apprenticeship Training Committee (JATC)

THOMAS FITZPATRICK

PETER E. O'LEARY

JOSEPH BERGANTINO

JAMES WOOL

STEPHEN MACKENZIE

## COMPLAINT

Parties

1. Plaintiff Sharon Riddick is a resident of 69 Glenway St. Boston 02121, Suffolk County, Massachusetts, and a citizen of the United States.

2. The defendants Mark G. Miliotis is a resident of 63 Atlantic Ave.3rd floor Boston 02110, Suffolk County, Massachusetts, and a citizen of the United States.

3. The defendant Anthony W. Neal is a resident of 10 Malcolm X Boulevard Suite2-2 Boston 02119 Suffolk County, Massachusetts, and a citizen of the United States.(present address)

4. The defendant Paul L. Landry is a resident of 150 Rice Mine Rd Apt G-206 Tuscaloosa, Alabama 35406 and a citizen of the United States.

5. The defendant Ryan T. Killman is a resident of 311 Main St. Worcester County, 01615 Massachusetts, and a citizen of the United States.

6. The defendant Kevin J. O'Connor is a resident of 265 Franklin St. Boston 02110, Suffolk County, Massachusetts, and a citizen of the United States.

7. The defendant Sarah Pupurs is a resident of 265 Franklin St. Boston 02110, Suffolk County, Massachusetts, and a citizen of the United States.

8. The defendant Paul F. Kelly is a resident of 111 Devonshire St. 5th floor Boston 02109, Suffolk County, Massachusetts, and a citizen of the United States.

9. The defendant Michael J. Doheny is a resident of 111 Devonshire St. 5th floor Boston 02109, Suffolk County, Massachusetts, and a citizen of the United States.

10. The defendant Judge Kathe M. Tuttman is a resident of Three Pemberton Sq. 12 floor, Boston 02108, Massachusetts, Suffolk County Superior Court for Civil Business, Suffolk County Courthouse, and a citizen of the United States.

11. The defendant Peter E. O'Leary is a resident of 1043 Turnpike St. Stoughton, Mass 02072, and a citizen of the United States.

12. The defendant Thomas Fitzpatrick is a resident of 1043 Turnpike St. Stoughton, Mass 02072, and a citizen of United States

13. Joseph Bergantino is a resident of Sheet Metal Workers International Association Local 17 of 1157 Adams Street, Boston Mass, 02124, and a citizen of United States.

14. James Wool is a resident of Sheet Metal Workers International Association Local 17 of 1157 Adams Street, Boston Mass, 02124, and a citizen of United States.

15. Stephen Mackenzie is a resident of Sheet Metal Workers Local 17 Joint Apprenticeship Training Committee (JATC) 1181 Adams Street Dorchester, MA 02124, and a citizen of United States.

Jurisdiction

16. UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS has jurisdiction over this matter pursuant to U.S.C.1332.

Facts

17. On August 8, 2003 the Defendant Attorney Anthony W. Neal of 434 Massachusetts Avenue Boston, Mass 02118 enters into a Contingency Fee Agreement (will be submitted later as an exhibit) with the Plaintiff Sharon Riddick, whereby the defendant Anthony W. Neal agreed to represent the Plaintiff Sharon Riddick in Suffolk Superior Civil Case Docket Riddick v. Harrington Bros. Corporation, Local 17 International Sheet Metal Workers Union Docket No.SUCV2003-05300. On or about November 11, 2005 (Friday) Attorney Anthony Neal stated to Plaintiff Sharon Riddick "That we should make a Settlement Demand of $100.000", I Stated to Attorney Anthony Neal "no Harrington Bros. should be the first ones to make the Settlement Demand not I." I won at Summary Judgment (December 8, 2004) with Judge Diane Kottermeyer stating "defendant's motion to dismiss is denied the Plaintiff has a Preponderance of Evidence."

3

**FORM BBO-1**
Page One

### OFFICE OF THE BAR COUNSEL
### OF THE
### BOARD OF BAR OVERSEERS
### OF THE SUPREME JUDICIAL COURT
### FOR THE
### COMMONWEALTH OF MASSACHUSETTS

### REQUEST FOR INVESTIGATION

Date February 12, 2011

**Instructions:**

(1) Please type, if possible. Otherwise use a dark pen.

(2) Write only on the front side of the paper.

(3) Specify exactly what the attorney did that you believe to have been misconduct.

(4) Attach additional sheets, if necessary, as well as copies of any documents which will help explain the facts. Please do not send original documents.

(5) Retain copies for your records of this and any subsequent correspondence and documentation sent to this office.

(6) Please return to:

> **OFFICE OF THE BAR COUNSEL**
> **99 High Street**
> **Boston, Massachusetts 02110**
> **(617) 728-8750**
> **http://www.state.ma.us/obcbbo/**

1. I, Sharon Riddick ,
   (type or print your full name)

   allege that attorney Mark G. Miliotis ,

   whose office address is 63 Atlantic Ave 3rd floor Boston, Ma .

   has committed acts of misconduct as set forth in the Statement of Facts attached.

2. I request that the Office of the Bar Counsel investigate this misconduct.

3. I understand that a copy of this statement may be mailed to the attorney for a reply.

4. I understand that this matter must be kept confidential by Bar Counsel and the Board of Bar Overseers.

   (signature) Sharon Riddick

   (address) 69 Glenway St

   Boston, Mass,

   (telephone): Work 617 820-2580

FORM BBO-1
Page Two

## STATEMENT OF FACTS

Please do not write above this line and write only on the front of this and any other pages you attach.

Please fill in the following, if applicable:

Court case name: _Riddick_ vs. _Harrington Bros. Corp_

Name of Court: _Suffolk Superior Court_

Court case number: _SUCV2003-05300_

Statement of Facts: Directed Evidence
See documents
Attach
as well as Additional Sheets.

February 12, 2011

Sharon Riddick

It is my belief that Attorney Mark G. Miliotis of 63 Atlantic Ave, Boston, Mass engaged in the following acts of Misconduct: Corruption, Bribery, Conspiracy, Neglected, Stall tactics, and Fraudulent Practices. It is also my belief that the process of my Appeal (Riddick v. Harrington Bros. Corp.SUVC2003-05300) was never intended to be heard, by the Appellant Court from the moment Attorney   Miliotis read the Summary Judgment Decision. On December 8, 2004, a Summary Judgment Decision was render by Judge Diane Kottmyer Stating "The Plaintiff has a Preponderance of Evidence, Harrington Bros. Corp. motion to dismiss is denied." Attorney Mark Miliotis is a participant of stall tactics and Fraudulent Practices, to prevent my Appeal from going forward on the behalf of Harrington Bros. Corp. Although my complaint entails explosives charges, yet none of my charges are surreal. Let us assess the irony in the charges through direct documented evidence. On the dates of August 4, 2004, January 18, 2001, February 1, 2001, Attorney Mark Miliotis  had 3 Tax Liens levy against him in the amounts of (1).$5,901 ,Docket

1

No.184660604) - (2).$120,146Docket No.40183903- (3).
$120,146 Docket No.35467 imposed by the Internal
Revenue Service. Civil Action SUCV2003-05300 went
before Judge Kathie Tuttman in August 2006, a verdict
of not guilty. Coincidentally attorney Mark Miliotis's
Liens are at zero balances released on October 4, 2006,
October 19, 2006 1.5 months after my trial ends. In fact,
two of the IRS Liens with the larger amounts were intact
for over 5 years, before my case was filed into court.
Suddenly attorney Mark Miliotis's Liens are released due
to payment in full. Subsequently Suffolk Superior Court
Case, Summary Civil Docket SUCV2003-05300 lists
Attorney Mark Miliotis as the representing attorney for
Harrington Bros. Corp. This is not a clerical error on a
Legal Document! It is my understandings these
deliberate acts of deception, Bribery, and fraud were
services for payment. Attorney Miliotis went to great
lengths to derail the case from the beginning by making
the following treachery, betrayal, and unlawful acts. 1.
Since the signing of the, of the Contingence Fee
Agreement in August 2006. The only services Attorney
Miliotis has ever perform on my case was to, file one
(One) days worth of transcripts. Submitted to the court

on September 7th 2006. Attorney Miliotis even went as far to stall the case for five (five) years. Attorney Miliotis even called- in, an out of state attorney to trial my case by the name of Paul Landry. Who was not license in the commonwealth of Mass. Attorney Mark Miliotis's treachery and stall tactics consists of a (1). Refusing to release documents, at my request. (2). Trying to extorted more funds of client, and not refunding client's all monies of $15,000(fifteen thousands) only returned $5,000( five thousand) on February 15,2011 upon request. (3). Refused to furnished the Contingence Agreement, and his log of accountability of client's fund upon request. (4) Transcripts were transcribe in the volumes from 1-12, I only received volumes 1,8,9,10,11, 12, on February 16, 2011. Volumes 2, 3, 4, 5, 6, 7, along with crucial direct documented evidence supporting employment discrimination, retaliation, from Harrington Bros. Corp., Sheet Metal Workers International Union, Local 17  are MISSING. Text messaged (on February 17, 2011) Attorney Miliotis to informed him of the following items (as outlined in this complaint). On February 16, 2011 to which, received no reply to inquiry until the February 17 2011 @6:59pm stating "send me a list of

documents missing I will follow up check further." Upon discovery throughout my four boxes of documentation received from Attorney Mark Miliotis on February 16, 2011. Documents of Fictionist Construction Companies that do not exist, only in name. Each document have vast/ small amount of monies out line and were Xerox two –sided with my name on it pertaining to my civil action SUCV 2003-05300. It is my belief these documents are how the monies of the bribery were funnel to attorney Mark Miliotis. One of the construction companies named on the documents is Jackson Construction Company location 20 Dan Road Suite 3 Canton, Mass 02021. Dan Rd is the adjacent street to Turnpike street Harrington Bros. Corp. address is 1043 Turnpike St. Stoughton ,Mass. According to MapQuest it estimation of travel time between the two companies is approximately 8 min. Food for thought ,why are the Attorneys representing Harrington Bros. Corp. faxing these documents to my Attorney Mark Miliotis I did not work at theses companies with the exception of one Superior Air Sheet metal. I am requesting the Bar of Overseers to investigate this serious matter with due diligence, and professionalism, without nepotism,

4

malice, and bias. The attorneys I have outline below are a disgrace to the bar, I am charging the following parties with BRIBERY, FRUAD, CONSPRIACY, (Attorneys: (1). Paul Landry, (2). Anthony W. Neal, (3). Kevin J. O'Connor, (4). Ryan T. Killman, (5). Paul F. Kelly, (6). Michael J.Dohney (7). Sarah E. Pupurs). (8.) Mark Miliotis (9.) Honorable Judge Kathe M. Tuttman

*The Statements of Facts*: <u>August 2006</u> I (Sharon Riddick) was represented in the legal matter of Civil Docket No.SUCV2003-05300 Riddick vs. Harrington Bros. Corp. et al. The attorneys representing myself on this matter were Anthony Neal, of the Law offices of Anthony Neal located at 425 Massachusetts Ave Boston, Mass. Paul Landry, (lead attorney) Mark G. Miliotis of the Law offices of Mark Miliotis located at 63 Atlantic Ave Suite 3 Boston, Mass. A Contingency Fee Agreement was drafted on my behalf outlining the cost of the Appeal a total of $15,000 (fifteen thousand).

<u>On September 19, 2006</u>  Attorneys Mark Miliotis, Paul Landry filed A Notice to Appeal on my behalf.

As of <u>October 27, 2007,</u>  a total of $14,500 (fourteen thousand five hundred)_was paid to Attorney Mark G. Miliotis to process my Appeal. Upon receiving payments totaling $14,500, Mr. Miliotis only performed the following work towards my case to filed a one day volume of transcripts at Mass Superior Court on the date of <u>December 11, 2008</u> no other documents were filed after this date.

**From August 2006 – February 12, 2011Attorney Mark Miliotis did not provide me with receipts or a log on the accountability of my funds pertaining to my Appeal Process. Totaling $15,000(Fifteen thousands)**

**March 18, 2010** Balance of $500.00 (five hundred) paid to Attorney Mark Miliotis. Entire amount of $15,000 (fifteen thousands) paid in full to Mr. Miliotis.

**November 2010** _Attain a copy of Case Summary Civil Docket NO. SUCV2003-05300 Riddick v. Harrington Bros. Corporation et al (page 6) of the Case Summary Civil Docket, **clearly states that my attorney Mark G. Miliotis is listed as representing the Plaintiff (Sharon Riddick). He is also listed as the attorney representing the Respondent (Harrington Bros. Corp) while he is representing the Plaintiff**. It is my understanding that a grave injustice has occur. It is unethical for any attorney to represent both parties, I view these deceitful acts as serious underline violations of the Bar Of Overseers, Rules on Professional Conduct.

**August 19, 2010@6:13pm** I sent a text message to Attorney Mark Miliotis inquiring about the status of my Appeal. Mr. Miliotis did not reply to my text message.

**January 24th 2011 @4:03 pm** received text message from Attorney Mark Miliotis stating "Ready 2 proceed have Transcripts done." "We should meet"

**January 26, 2011 Wed at 9:51 AM** received E-mail from Court Reporter John Russo stating transcripts/a copy of the invoice was mailed off on **July 19, 2010** to Attorney Mark Miliotis. Invoice include a balance owed $211.50

**January 26,2011@11:16am** received text message from Attorney Mark Miliotis stating "Agreed- but there r some

<u>expenses</u> associated with next steps that I have not addressed with u since Ur recent employment setback." "We need to go over."

<u>January 26th 2011</u>   sent text message to Attorney Mark Miliotis stating "Hi Mark in accordance to our agreement u bill me fifteen thousand dollars two which u received payment in full can u tell me the status as well send me written documentation of status of my appeal. As of today where do we, stand. SHARON R.

<u>January 26th 2011@ 11:32am</u>   received text message from Attorney Mark Miliotis stating, "Need us 2 go over+ review." "Not certain since Paul made agreement but I will perform whatever needs b done."

<u>January 26, 2011 @12:48</u> I sent text message to Mr. Miliotis to inquire about the status of my appeal. The text message entails a requested copy of my Appeal and all bills of transcripts mailed to me.

<u>January 27th 2011 @1:12pm sent text message to Attorney Mark</u> Miliotis stating   "Hi mark per our conversation yesterday please do not forget 2 mail off documents u wanted me 2 review n mail back 2 u thanx u Sharon."

<u>January 27,2011@9:29am</u> Attorney Mark Miliotis sent a text message stating "Ready 2 proceed have transcripts done. We should meet."

<u>January 27, 2011 @2:22pm</u> called Court Reporter Ellen Blake to check status of 2nd volume of transcripts left a voice-mail message.

**January 27, 2011@2:26pm** Court Reporter Ellen Blake return my call stating "her computer malfunction last year so she has not gotten around to transcribing the transcripts yet." "The time frame would be three weeks she would mail them off to my Attorney Mark Miliotis along with the bill."

**January 29th 2011 @2:08pm** sent text message to Attorney Mark Miliotis requesting "I want my $15,000 back, as well as my transcripts within 5 business days."

**January 29th 2011 2:22pm** sent text message to Attorney Mark Miliotis stating "N all documents, files. Exhibits pertaining 2 my civil action case.

**January 30th 2011 @11:42am** Attorney Mark Miliotis sent a text message to me stating "Prefer not communicate important matters by text." Need Ur current address. Please mail me instructions. I will comply.

**February, 8th 2011** Print out of Mark Miliotis- Judgment and IRS tax liens

**February 9, 2011 @4:26pm** I sent Attorney Mark Miliotis a text message stating "On January 29th 2011 I made a request 4 my documents and my money of 15,000 u text me back on January 30th 2011 you text me and stated that I should submit my request 2 u in writing 2 which I

complied and submitted 2 u express mail, To which have yet to respond or even acknowledge my request letter 2 make arrangements, is there a problem. I expect 2 here from u soon regarding this grave matter of yours."

February 9, 2011@4:30pm received text message from Attorney Mark Miliotis stating "No problem with compliance. Preparing- need make arrangements 4 u pick up. Intend respond writing when all assembled 4 u."

February 11, 2011@ 8:54am received text message from Attorney Mark Miliotis stating "Will have materials available pick up/ delivery Monday afternoon"

February 11, 2011 Fri@9:02am  sent text message to Attorney Mark Miliotis stating "I will pick up documents and the check in the amount of $15,000 Monday afternoon is fine"

February 11, 2011 Fri@9:08am  received text message from Attorney Mark Miliotis stating "Please anticipate that check will be in amount u paid less cost of transcripts."

February 11,2011Fri@9:10am  received text message from Attorney Mark Miliotis stating "There will be an accounting provided"

<u>February 11, 2011 Fri @9:18am sent text message to</u>
Attorney Mark Miliotis stating "U mean 1st of 2 second
batch of transcripts u never requested them or paid 4
them." "Reason being u receive them in July u owed n
balance."

<u>February 11, 2011 Fri @9:27am</u>   received text message
from Attorney Mark Miliotis stating "You are mistaken+
misinformed. Understandable but absolutely wrong."

<u>February 11,2011@9:28am</u>   text message sent to
Attorney Mark Miliotis stating "Will c"

Enclosed Documents: Documents of varies fictionist
Construction Companies each documents are for two –
sided viewing.

Commonwealth of Massachusetts Suffolk Superior
Court Case Summary Civil Documents, Riddick v.
Harrington Bros. Corporation et al Docket No.
SUCV2003-05300.

Court Reporter John Russo E-mail / Receipt confirming
balance and when transcripts were administered.

Notice of Bankruptcy Case Filing of Attorney Mark
Miliotis.

**<u>February 11, 2011@9:29 am</u>   received text message from Attorney Mark Miliotis stating "Agreed"**

**Enclosed Documents:**

**(1). Text Messages, August 19, 2010- February 11, 2011**

**(2). Copy of Suffolk Superior Court Case Summary Civil Docket.**

**(3).My Receipts totaling the sum of $15,000 paid to Attorney Mark Miliotis.**

**(4).Receipt/ Invoice from Court Reporter John Russo, outlining a balance owes and how much funds paid to him.**

**(5) A copy of Attorney Mark Miliotis Financial Statements**

**Sincerely**

**Sharon Riddick**

**Should you have further inquiries, please do not hesitate to contact me via E-mail: sharon.riddick@gmail.com**

11

**CC:**

**Commonwealth of Massachusetts Commission on Judicial Conduct**

**Commonwealth Of Massachusetts Attorney's**

**General**

**United States Attorney District of Massachusetts**

**State Ethics Commission**

**United States Department of Justice**

*February 15, 2011*



**COMMONWEALTH OF MASSACHUSETTS**
**COMMISSION ON JUDICIAL CONDUCT**
**11 BEACON STREET, SUITE 525**
**BOSTON, MASSACHUSETTS 02108**
Phone: (617) 725-8050
Fax: (617) 248-9938

## COMPLAINT FORM

CJC Complaint No. _____

This form is designed to provide the Commission with the information to screen your complaint and to begin an investigation of your allegations. Please read the accompanying materials on the Commission's function and procedures before filling out this form. ONLY ONE JUDGE MAY BE COMPLAINED OF ON EACH FORM.

### PLEASE TYPE OR PRINT CLEARLY ALL INFORMATION

Your name __Sharon Riddick__

Address __69 Glenway St__
__Boston, Mass. 02121__                    Zip Code __02121__

Daytime telephone __617-820-2580__

Name of judge __Kathe Tuttman__

Court __Mass Suffolk Superior Court__

Case name __Riddick Vs. Harrington Bros. Corp.__

Docket number __SUCV 2003-05300__

Attorneys involved __Mark Militos, Anothy Neal, Paul Landry, Ryan T.Killman, Kevin I. Oconnor__
                    __Paul Kelly,__
Date(s) of misconduct __August 17, 2006, July 27, 06__
                    __Michael Dohner__
Has an appeal been filed? __Yes__
                    __Sarah E. Purpu__

A summary of the general nature of your complaint:

_See Documents Enclosed_

<u>Specific facts:</u>
Please describe exactly what the judge did that was misconduct, and on what date(s). YOUR
COMPLAINT WILL BE *SCREENED* ON THE BASIS OF **THIS FORM ONLY; DO NOT RELY
UPON ATTACHMENTS TO MAKE YOUR ALLEGATIONS.** (You may attach copies of any
documents which *support* your allegations, for the purposes of the *investigation*. Please delete
anyone's personal identifying data, such as social security, driver's license, bank account, credit card
or taxpayer ID number.)



Please mail completed form to:
  Commission on Judicial Conduct
  Executive Director
  11 Beacon Street, Suite 525
  Boston, MA 02108

Signed: _____

Date: __2 | 15 | 11__

I understand that this complaint and any other communication to or from the
Commission on Judicial Conduct remain confidential to the extent mandated by
MGL Chapter 211C, section 6, and Commission Rule 5.

**Specific of Facts-**

**Sharon Riddick**

**February 15, 2011**

**(1).December 8, 2004 Judge Diane Kottmyer rendered her Summary Judgment Decision Citing: Preponderance of Evidence on the behalf of the Plaintiff's claims of Employment Discrimination. (Riddick V. Harrington Bros. Corp. SUCV2003-05300)**

**(2).On August 17,2006 Judge Kate M. Tuttman ALLOWED the defendant's Motion to dismissed the retaliation claim in the case of Riddick V. Harrington Bros. Corp. SUCV2003-05300, citing "See findings dictated on the record this date(Kathe M. Tuttman, Justice)(# 57)**

**It is my understanding, the Respondent's Attorneys never submitted a prior Motion to dismiss the Retaliation clam in "limine." As for the Department of Unemployment Appeal's hearing, it went in my favor and against Harrington Bros. Corp. My benefits were granted, the retaliation happen long before my termination, to which I have provided documented evidence to the court.**

**The only motion "limine" entered on 4/12/08 regarding Pro Hac Vice for Attorney Paul Landry, due to the fact Landry is an attorney not license in the state of Massachusetts. A Joint Motion to Continue Trial, (Affidavit of Attorney Kevin J. O'Connor).**

(3). Furthermore, Judge Kathe M. Tuttman was the presiding Judge for Riddick v. Harrington Bros. Corp. SUCV2003-05300 in August 2006. In acknowledgement of filing this complaint 5 years later due to the recent astounding facts that I uncovered, in November, 2010. On the Suffolk Superior Court Case Summary Civil Docket SUCV2003-05300 on (page 6) lists my attorney Mark G. Miliotis as the attorney for the defendants Harrington Bros. Corp. It is my *strong* belief that the actions of <u>Bribery,</u>   <u>Fraud,</u> <u>and Conspiracy</u> took place regarding the continuing injustice of this trial and case. I also discovered attorney Miliotis received 2- IRS Tax Liens levy against Miliotis on the following dates of August 4, 2004, January 18, 2001, February 1, 2001, in the amounts of (1). $5,901- Docket No.184660604 Suffolk Ct.   (2). $120,146-Docket No.40183903 Suffolk Ct. (3). $120,146 Docket No. 35467 Suffolk Ct. The trial of Riddick V. Harrington Bros. Corp.SUVC2003-05300 was in the month of August 2006. Coincidently Attorney Miliotis's IRS Tax Liens were release on the following dates October 4, 2006 and October 19, 2005 1.5 months after my trial.   Please view documented evidence enclosed.

2

Sincerely

**Sharon Riddick**

**Should you have further inquiries please do not hesitate to contact me via email- sharon.riddick@gmail.com or 617-820-2580**

**CC: Massachusetts Bar of Overseers**

**Massachusetts Attorney's General Office**

**United States Attorney District of Massachusetts**

**State Ethics Commission**

**Massachusetts Commission against Discrimination**

**United States Department of Justice**

3

## Documents Enclosed:

**(1). Harrington Brothers Corporation's Reply to Supplemental Memorandum Retaliation Claim Date July 28, 2006.**

**(2).Department of Unemployment Training Appeals Results dated October 16, 2002**

**(3).Notice of Bankruptcy Case Filing of Attorney Mark Milionis dated August 8, 2004**

**(4). Office of the Bar Counsel of Bar Of Overseers of the Judicial Court for the Commonwealth. February 12, 2011**

**(5) Commonwealth Of Massachusetts Suffolk Superior Court Case Summary Civil Docket (pages 1-11).**

Attorney Neal stated "If you were to put forward a settlement Demand later down the line what would it be." "I stated to Attorney Neal "I lost a sizeable pension as well as an annuity of two million dollars after thirty years of working in the Union." "Not to mention the loss wages and Civil Rights violations, my chances of working for the MBTA as a journeywoman." "So my Settlement Demand would be 2.5million dollars." It was at this point Attorney Neal stated "he was not going to ask for a Settlement Demand of 2.5million" in fact he was not going to trial," and I should start looking for a new attorney." Through the referral of a friend I called Attorney Mark Miliotis and relay to him, Judge Diane Kottermeyer Summary Judgment citing a Preponderance of Evidence in my favor. After hearing I survived Summary Judgment Attorney Miliotis invited me to come down to his office to discuss the matter further. On or about November 14, 2005 Attorney Mark Miliotis stated "that Attorney Paul Landry is a law school buddy of his from Minnesota." "I'll have him work with Attorney Neal on your trial; he is not license to practice law in the state of Massachusetts." "So Paul will have to work off my license." I do not recall signing a Contingency Fee Agreement at this time with Attorneys Miliotis, Landry, although I did fax over a Consent Letter on November 17, 2005 1:07pm (will be submitted later as an exhibit) outlining my consent for Attorneys Miliotis, Landry to confer with Attorney Neal regarding the case and trial. On or about August 1, 2006 at the trial of Riddick v Harrington Brothers Corporation. On lunch break Attorney Landry asked me "if I smelled alcohol on Attorney Neal breathe during the trial this morning." I respond "yes." On about August 3, 4, 2006 Attorneys Miliotis (came down to courthouse) Landry dismissed Attorney Neal from the trial and the trial progress on. On or about September 4, 2006 the Defendant Attorney Mark G. Miliotis of 63 Atlantic Avenue 3rd floor Boston, Mass 02110 enter into a Contingency Fee Agreement (will be submitted and explain later as an exhibit) of $15.000 for the cost of the appeal $2000 submitted at the signing of the agreement with a balance of 13,000 paid in full within 13 months last payment submitted to Attorney Miliotis in March 2007. The Plaintiff Sharon Riddick, whereby the defendant Mark G. Miliotis, agreed to represent the Plaintiff Sharon Riddick, on the Appeal of Harrington Bros. Corporation et al. Docket No. SUCV2003-05300 at the Massachusetts Appeals Court Process.

18. See Attachment Dated February 12, 2011 outlining Specific Of Facts in the following acts of Misconduct: Corruption, Bribery, Conspiracy, Neglected, Fraudulent Practices in "a no-justice for pay scheme" the following participants are Attorneys Anthony W. Neal, Mark G. Miliotis, Paul L.

4

Landry, Paul F. Kelly, Michael J. Dohney, Ryan T. Killman, Kevin J. O'Connor, Sarah E. Pupurs, Suffolk Superior Court Judge Honorable Kathe Tuttman. See Attachment of (Entering Plaintiff's EXHBITS (A),(B),(C),(D),(E),(F),(G),(H)

19. See Attachment Dated February 15, 2011 outlining Specific of Facts the calculated error(s) of Judge Kathe Tuttman surrounding Bribery, Corruption, Fraudulent Practices, enclosed documents along with directed documented evidence dated February 15, 2011. See Attachment of( Entering Plaintiff's EXHIBIT ( I) )

Plaintiff Sharon Riddick filed various complaints at numerous Federal and State agencies on this grave miscarriage of justice. March 2nd 2011 such as: (1) The Commonwealth of Massachusetts Office of Attorney General at One Ash burton Place. Boston Mass 02210 On March 4th 2011, Plaintiff Sharon Riddick received a response letter from Office of Attorney General Matthew Harold Mediator Public Inquiry & Assistance Center stating "Thank you for contacting the Office of Attorney General Martha Moakley". "The office is not able to handle every matter that is brought to its attention; however we do take note of every complaint received, and watch for a pattern of complaints related to a particular company, individual, or industry (Entering Plaintiff's Exhibit (J)). Document dated March 4, 2011 from the Office of Attorney General. A copy of Plaintiff initial complaint. Secondly, March 2nd 2011 submitted a Request for Inquiry to the (2) United States Attorney District of Massachusetts 1 Courthouse way Boston, Mass 02210 called the Department of Justice on March 3, 2011 to inquire about delivery status of my complaint told by the paralegal on duty that day "complaint was not delivered." "I stated I have delivery conformation from United States Postal Office stating it was delivered on March 3, 2011@ 8:39am to the United states Attorney District of Massachusetts at 1 Courthouse Way." On March 11, 2011 Plaintiff Riddick went to the United States Attorney District of Massachusetts at 1 Courthouse Way to resubmit her complaint to a Lauren Beckwith Support Service Supervisor I requested a receipt to which Ms. Beckwith comply by stamping my complaint with the name of agency March 11, 2011@12:15pm, (Entering Plaintiff's Exhibit (K)) I inquire about sitting down speaking with the attorney on duty Ms. Beckwith stated "that no was in the building for me to talk with." March 12th 2011 received a response letter from United States Department of Justice stating "I should go to the Massachusetts Bar Of overseers." "We will retain your materials on file." (Entering Plaintiff's Exhibit (L)). March 16, 2011 @10:11 I received a phone called from (3) Massachusetts Bar of Overseers at 99High Street Boston Massachusetts Bar Counsel Kenneth Luke stating he "was dismissing my complaint of due to the fact I fail to provide BBO with a copy of a contingency fee agreement between Attorney Mark G. Miliotis and

5

myself. I asked Mr. Luke to "revert his attention to the copy of SMS text message to Attorney Miliotis states that there was a contingency fee agreement." I also as Mr. Luke to revert his attention to copies of check receipt totaling $15.000 in payments to Attorney Mark Miliotis. I also reminded Mr. Luke; initially you mailed me complaint of reporting an unethical misconduct of an attorney along with a pamphlet of Massachusetts Bar of Overseers Rules of unethical misconduct clearly states the attorney also had to provide a copy of the contingency fee agreement. I then asked have you spoken to my Attorney Mark G. Miliotis to whom Mr. Luke replies" "no he has not spoken to him." I asked Mr. Luke how is it he could come to the conclusion to dismissed my complaint. "Especially when Attorney Miliotis has not responded, to the accountability of the monies of $15.000 and the facts that the Appeal has not been filed in 5 years. Mr. Miliotis was paid in full in the year 2007. I called and left a message Kenneth Luke's boss Constance Veliceerico left a voice mail regarding the conversation that took place between Kenneth Luke and me. Called Department of justice on March 17, 2011 asked to speak with attorney on duty regarding Department of Justice response letter, transfer to attorney Timothy Moran I stated "the paralegal on duty sent me a letter dated March 11, 2011( Entering Plaintiff's Exhibit ( M)) advising me to file a complaint at the Massachusetts Bar of Overseers with an unrecognizable signature." Attorney Timothy Moran stated that he read my complaint and don't believe it should be file in this department." "I ask him what department should it be filed in then" Attorney Moran asked "where did you get your documentation evidence from" "I stated my Attorney," Attorney Moran then accused me of stealing the documents from Attorney Mark G. Miliotis", " asked if I could mail the originals." I then asked what the name of his superior was, to Attorney Moran responds "Jamie Herbert" "I asked to speak with Mr. Herbert, and Attorney Moran refused stating he has to go and hung up the phone on me." March 18th 2011 spoke with Massachusetts state trooper by the name of Bruce Edwards of the white collar crime unit. Relay to him I wanted to file a white collar crime report, gave him details on documents. Stated he had to see documents first.

On March 21, 2011 went down to the local (4) Boston Police station district B-3 to file a police report on the following white collar crimes of Bribery, in the amount of 1.3 million dollars Fraudulent Practices, and how the bribes were funnel through dummy companies. (Entering Plaintiff Exhibit (N)) Boston Police Report) Plaintiff was instructed by Lt. McLaughlin "to call Area a police station and ask for Lt. Detectives Charles Wilson makes an appointment to file a formal complaint and submit my direct documented evidence along with formal complaint. Called Area A-1 police station on March 23rd 2011

@ 1:02pm was told by the officer at the desk Lt. Charles Wilson "was in the bathroom" , called back 2hours later told" to call back "Lt. Wilson is still in the bathroom."

20. Spoke with District Attorney's office an investigator by the name of William "Bill" Durette on March 23, 2011 pertaining to filing a formal charge of white collar crime. Investigator Durette asked "to give him some details as to why I would like to file a complaint," I relayed the sordid details of Bribery, Corruption, and Fraudulent Practices by a group of attorneys and a judge in a no-justice for pay scam. Investigator Durette stated "to me that there was nothing the District Attorney's office could do, because the statute of limitation on bribery ran out on the white collar crime." I stated to investigator Durette that I do not believe that a statute of limitation expire." I asked "if I could speak to an ADA." To Investigator stated "no one was in the office for me to talk to" and proceeded to give me his phone number if I should have any more questions and hung –up the phone on me".

21. On March 24th 2011 received a phone call from Constance Veleeicihio to inform me "that my case was not dismiss but rather still under investigation.

17. **On March 24th 2011 received a phone call from Lt. Detectives Charles Wilson stating "he was in court all day on March 23rd 2011". Wanted to meet with me to discuss and file my complaint. We agreed to meet on Friday March 25th 2011 @10:30am@ area A-**1 police station.

18. March 25th 2011@10:35 arrived at area A1 police station, met with Lt. Detective of Charles Wilson in his office accompanied by one of his Sergeants. Lt. Wilson asks to see the documents of Bribery and dummy companies. Lt. Wilson asks me "Where did I get these documents from?" I stated "the documents outlining the dummy companies came from Attorney Mark Miliotis on February 16, 2011 when I terminated his services and retrieve my 4 boxes of documents from Attorney Miliotis." "I looked through the boxes of documents to make sure all documents were accounted for." Lt. Wilson stated "that he founded it hard to believe that Attorney Miliotis engaged in bribery, fraudulent practices," "I have known Mr. Miliotis for 30 years and he is a good guy, a good Attorney if there is a case that is winnable Mark Miliotis is not going to take a bribe he's going to win the case he's all about money. I replied "the documents I have in my possession state otherwise, as for Mark Miliotis being about money he sure is 1.3million dollars to be exact." I also stated "Attorney Miliotis had 2 IRS tax liens levy against him in the amounts

7

of $121,146 here are the court records to prove it. Lt. Wilson response "was where did you get those documents? I stated "the internet it's public records." Lt. Wilson stated "you're not the only smart one here Ms. Riddick I have a PHD you know." My response was "I find it hard to believe you have a PHD." Lt. Wilson stated "now you're pissing me off" I stated" that exactly why I find it hard to believe you have a PHD." "You led me here on false pretense, according to your phone call yesterday you stated you wanted to view the documents and file a formal report." Lt Wilson stated that" he was not going to file a formal report"; "I just don't see a crime has been committed here. Having said that I left the building escorted out by the sergeant.

19. March 25th 2011 received a call from Massachusetts Board of Overseers Bar Counsel Kenneth Luke stating "that my complaint was not dismissed, awaiting documents from Attorney Mark Miliotis."

20. March 26th 2011 received a letter of receipt from Jill Pearson Executive Director of the Commission on Judicial Conduct dated March 25th 2011 at 11 Beacon St. Suite 525 Boston Massachusetts regarding my complaint file against Judge Kathe Tuttman. ( Entering Plaintiff Exhibit( O) )

21. March 2011 called the FBI in Boston located at One Center Plaza Suite 600 Boston MA to check on status of my complaint. The agent asks "what is the complaint about?" to which I gave a brief synopsis of my complaint. The Agent informed me that "this office never received the complaint." I responded" that according to the United States Post Office delivery confirmation states your item was delivered at 10:50am on March 3, 2011 in Boston Ma 02108." The agent then stated "that it was probably still in the mailroom it takes six to eight weeks to enter in our system." I respond by asking "the agent for her name" she stated "we don't give out names here" and proceeded to hang up the phone on me

22. March 30th 2011 received a phone call from Constance Velericco stating "my complaint at the Massachusetts Bar of Overseers is not dismissed but still under investigation by Bar Counsel Ken Luke

8

of $121,146 here are the court records to prove it. Lt. Wilson response "was where did you get those documents? I stated "the internet it's public records." Lt. Wilson stated "you're not the only smart one here Ms. Riddick I have a PHD you know." My response was "I find it hard to believe you have a PHD." Lt. Wilson stated "now you're pissing me off" I stated" that exactly why I find it hard to believe you have a PHD." "You led me here on false pretense, according to your phone call yesterday you stated you wanted to view the documents and file a formal report." Lt Wilson stated that" he was not going to file a formal report"; "I just don't see a crime has been committed here. Having said that I left the building escorted out by the sergeant.

19. March 25th 2011 received a call from Massachusetts Board of Overseers Bar Counsel Kenneth Luke stating "that my complaint was not dismissed, awaiting documents from Attorney Mark Miliotis."

20. March 26th 2011 received a letter of receipt from Jill Pearson Executive Director of the Commission on Judicial Conduct dated March 25th 2011 at 11 Beacon St. Suite 525 Boston Massachusetts regarding my complaint file against Judge Kathe Tuttman. ( Entering Plaintiff Exhibit( O) )

21. March 2011 called the FBI in Boston located at One Center Plaza Suite 600 Boston MA to check on status of my complaint. The agent asks "what is the complaint about?" to which I gave a brief synopsis of my complaint. The Agent informed me that "this office never received the complaint." I responded" that according to the United States Post Office delivery confirmation states your item was delivered at 10:50am on March 3, 2011 in Boston Ma 02108." The agent then stated "that it was probably still in the mailroom it takes six to eight weeks to enter in our system." I respond by asking "the agent for her name" she stated "we don't give out names here" and proceeded to hang up the phone on me

22. March 30th 2011 received a phone call from Constance Velericco stating "my complaint at the Massachusetts Bar of Overseers is not dismissed but still under investigation by Bar Counsel Ken Luke

8

23. March 31st 2011 received a letter dated March 30th 2011 stamp confidential from Special
    investigator Scott Cole of the Commonwealth of Massachusetts State of Ethics Commission at

24. One Ash burton Place room 619 Boston Massachusetts stating "We have conducted a careful
    review of the allegations you made to this Commission on March 4th 2011". "We have decided
    not to take any further action." Referring me to the Board of Bar of Overseers and the
    Commission on Judicial Conduct. (Entering Plaintiff's Exhibit( P))

25. Notice on March 31st 2011 an email - March 28th 2011 received an (e mail-Entering Plaintiff's
    Exhibit (Q)) from Attorney Mark Miliotis responding to my complaint lodge against him at the
    Massachusetts Bar of Overseers. Stating "First, I have not been able to confirm the total of
    fifteen thousand ($15.000) you suggested has been paid." PLAINTIFF RESPONSE: To which
    Plaintiff Riddick has check receipts written out in Attorney Mark Miliotis's name totaling
    ($15,000) the amount out line in our Contingency Fee Agreement for the appeal overall all
    checks were cashed . Copies of Payments of check receipts totaling ($15.000) submitted to all
    agencies see (previous exhibit E). Attorney Mark Miliotis goes on to state in his e-mail that the
    cost of expenses exceeds the amount of payments you made. The five thousand legal fees paid
    to Paul Landry. PLAINTIFF RESPONSE: Surrounding the cost of the Plaintiff expenses does not
    exceed my amount of payments , Attorney Miliotis has only produce two receipts to Plaintiff
    Riddick( Entering Plaintiff Exhibit ( R )) Official Court Reporter John Russo of Plymouth Superior
    Court 72 Belmont St Brockton Ma sent Mark Miliotis and invoice dated December 11,2009 with
    a balance of $.517.00. John Russo   sent to Plaintiff Riddick via email and a copy of an invoice
    dated July 19, 2010 sent to Attorney Mark Miliotis at 63 Atlantic Avenue 3rd floor Boston Mass
    acknowledging $3,788.50 made in payments with a balance of $211.50 as of July 19,
    2010(Entering Plaintiff's Exhibit (S)). As of March 2007 my balance on Civil Action SUCV2003-
    05300 Riddick v Harrington Bros. Corp. Appeal $14.500 with a balance of $500.00 paid in August,
    2010. I bring this fact up because Attorney Mark Miliotis submitted to Plaintiff Riddick
    documents and checks paid to Court Reporters Shauna Hoban, Ellen Blake, Patti Napolitano, and
    John Russo in deposits  totaling $ 4,425.00 (Entering Plaintiff Exhibit (T)). Attorney Mark Miliotis
    received Payments from Plaintiff Riddick in the amounts of $14.500 in March 2007 but yet
    February 26, 2007 sent each Court Reporter deposits and not the full amount of the cost of the

9

transcripts. Attorney Mark Miliotis cannot explain or produce documents on an accountability of the balance of $10.075.00 of the Plaintiff monies. Attorney Mark Miliotis states in his response to my complaint at the Massachusetts Bar of Overseers page 2, 2nd paragraph states as: "Notice of Appeal was timely filed on September 7, 2006. (Entering Plaintiff's Exhibit (U)). PLAINTIFF RESPONSE: Defendants, Harrington Brother Corporation filed a motion to dismiss the Plaintiffs Appeal on February 23,2007@12:36pm which was denied on by Judge walker on March 28,2007 (Entering Plaintiff's Exhibit (V) ), citing in their motion "Plaintiff was under a duty to promptly and diligently take all steps necessary to advance her appeal." "She has not." "The transcript has not been ordered and the record has not been assembled, nor has any effort been made to do so." "This matter remains nowhere close to being docketed in the Appeals Court, let alone close to final resolution." As I stated previously $14,500 made in checks cashed payments to Attorney Mark Miliotis in March 2007 with a balance of $500.00. How is it that all transcripts were not paid for or the record not assembled? How is it Attorneys Mark Miliotis, Paul Landry didn't did not filed an Affidavit on my behalf outlining Indigence for the transcripts? It is my strong belief that the actions of the Defendants I have named in my complaint all engaged in an unlawful practices to kill my Appeal on Riddick v Harrington Bros. Corp SUCV2003-05300. It has become obvious weather Attorneys Mark Miliotis; Paul Landry received full payments from Plaintiff Riddick towards the Appeal the "fix was in" Massachusetts Court of Appeals was never to hear the Appeal. Page 2, third paragraph 1st sentence of Attorney Miliotis Response letter states as: I have record and copies of twelve payments made by money order totaling four thousand ($4000.00) dollars paid by you as reimbursement for expenses. (Entering Plaintiff's Exhibit (W)). I do not understand how Attorney Mark Miliotis arrives at the conclusion I only submitted 12 payments to, when in fact I submitted a total of 25 payments to Attorney Mark Miliotis, to which he has cashed all 25 payments. (See previous entered EXH E)

26. Along with Attorney Mark Miliotis response letter submitted to the Plaintiff and the Massachusetts Bar of Overseers, Attorney Miliotis also submitted 21 of my money orders totaling $10.825.00 Two of the money orders from United States Postal Services in the amount of $500.00 serial number 10316967153 and Western Union money order in the amount of $250.00 serial number 08362756717 were submitted twice which brings the actual total to $10.075.00.

10

27. Page 3 last paragraphs 1st sentence of Attorney Mark Miliotis response letter states: Court reporters Hoban and Russo have been paid in full pursuant to their invoices and have completed transcripts. Mr. Russo did not complete the transcripts until July 28, 2010. PLAINTIFF RESPONSE: As I stated previously received an e-mail and invoice from Court Reporter John Russo stating mail transcripts to Attorney Mark Miliotis on July 19, 2010. With an unpaid balance of $211.50 (see previous EXH S)

28. Attorney Mark Miliotis response letter states: 1st page 2nd paragraph 2nd sentence "you communicate by via facsimile the attached (contingency) fee agreement with Mr. Neal and a letter authorizing discussions with him. Ultimately, it was agreed that Mr. Landry would join and assist Mr. Neal at trial pursuant to the original fee agreement and arrangement made with Mr. Neal. (Entering Plaintiff's Exhibit X). Although the Retainer Agreement that was submitted by Attorney Mark Miliotis is a fraudulent document. Fraudulent because the agreement I entered in was a contingency fee agreement with the letter head of Mark G. Miliotis of 63 Atlantic Ave Boston Mass. Not Landry Associates! To which Mark Miliotis place his signature on the contingency fee agreement. Clearly outlining the exact cost of the Appeal and court cost of $15,000.

29. Exhibits B, C, in a comparison of the dates on each documents when monies were funneled in exchange for services of killing the case of Riddick v Harrington Brothers Corp. SUCV 2003-05300. A concise example: According to Commonwealth of Massachusetts Suffolk Superior Court Case Summary Civil Docket page 10, line 42, dated July 22, 2005 Attorney Anthony Neal releases the Sheet Metal Worker Local 17 Union and its JATC out of the lawsuit for (upcoming) payment render.

A precaution measurement, in the events of my or immediate family members i.e. (daughter, granddaughter, brothers, sisters, mother, uncles,) timely or untimely death or bodily harm weather it may be intentional or accidental the defendants I have named in this complaint are to be solely responsible, investigated, prosecuted to the maximum extent of the law.

11

RELIEF


The relief the plaintiff is seeking as outline in the RICO (Racketeer Influenced and Corrupt Organizations Act) Remedies are( JUSTICE, REAL JUSTICE), Compensatory Damages, Treble Damages, Punitive Damages and a Restraining Order before and after the trial, prosecution to the maximum extent of the law.


WHEREFORE, The Plaintiff Sharon Riddick demands judgment against the defendants for damages for and such other relief as this court deems just.


Plaintiff Sharon Riddick wants a trial by Judge


Signature *Sharon C. Riddick*

Sharon C. Riddick
69 Glenway Street
Boston, Massachusetts 02121
617-820-2580


1.   Enclosed Exhibits A-X