May 2, 2011	United States District Court of Massachusetts

Specific of facts 2	Civil Action No. 111-cv-10613NG

Amendment to complaints, Massachusetts Commission of Judicial Conduct Complaint No. 2011-28, United States District of Massachusetts Complaint No.CV-10613-NG (Exhibit N ). On April 28, 2011 I was summons for jury duty at the Edward W. Brookes Courthouse at 8:00 AM RM 3-100, 24 New Chardon Street Boston MA,( considering I haven't receive a summons for jury duty in about 14 years to which I was on a juror in the United States District Court ,presiding Judge William Young) (submitting document titled Second Summons for Juror Service). Assigned the badge number 30271239, jury number 35 for the duration of my service of juror (submitting Juror Badge dated 04/28/2011). Eight potential jurors were seated on a jury; the remainder of the jury pool went back down to the jury quarters waiting to be seated on a second jury. At ten minutes to 1:00pm the Court Officer informed us he was breaking the jury pool for lunch with instructions to return time is 2:00pm. I decided to walk to the United States District Court to file my proof of service of a summons. I arrived downstairs and proceeded to walk towards the intersections of Merrimac Street and New Chardon Street. While waiting the light to change green, April 28th 2011@1:03pm I looked to my left side and notice Judge Kathe M. Tuttman in a blue Toyota Highlander(interior the color of beige or tan) on Merrimac Street and New Chardon Street waiting at a red light. Immediately I walked across New Chardon Street and arrived on the side of the beinging of the ramp entrance to the

Government Center Parking Garage. Judge Kathe M. Tuttman came speeding up the entrance ramp towards me in an attempt as if to run me over and did not proceed to brake at all. It is my strong belief that Judge Kathe M. Tuttman somehow knew that (1). I had jury duty that day (2) knew what time I was breaking for lunch (3). A current description of myself i.e. clothing and make-up.

Chronological of facts on May 2, 2011 :

After the attempt that was made on my life, on April 28th 2011@1:03 pm by Judge Kathe M. Tuttman. I decided to report this to incident to the proper authorities. On May 2, 2011 arrived at the United States District court Clerk of Customer Service, approach by clerk Catalo, and drop off additional summons. I asked "Mr. Cataldo what department do I talk with to report an incident of a defendant in a complaint I filed made an attempt on my life." Mr. Cataldo asked me "who was it" I stated "it was the Judge Kathe M. Tuttman." Mr. Catalado "Instructed me to wait right there he was going to call the judge's clerk." Came back with the instructions for me "to see the Federal Marshals downstairs." Met with Federal Marshals, Marshal Paul Barton and John Lamey. I informed the Marshals "about the attempt made on my life on my life by Judge Kathe M. Tuttman on April 28th 2011 @1:03pm." "Due to the fact I had filed a Civil Action (1:11-CV-10613NG) under the RICO ACT in this courthouse on April 8, 2011. I sent the defendant and 15 of her colleagues summons and complaint along with exhibits by certified receipt mail to which she signed for on April 25th 2011 and on the 28th of April she tries to run me down with her SUV. It was at this point Marshal John Lamey stated to me that " you can't filed a civil complaint under the RICO ACT" I stated "yes you can the Civil

Complaint will bring out the criminal charges of bribery, conspiracy, extortion, etc. Marshal John Lamey went back and forward to with making such comments as "that is not a crime someone trying to hit you with their car" "The Federal Marshal does not handle things like this." I asked "to speak with chief Federal Marshal John Gibbons Marshal Lamely stated "that there was no one here by that name." When ask his name refuse to give his name. Although Marshal Barton complied with no problem and intervene by asking me "if I am sure it was her" I stated "yes" "this is what she looks like in this photo this is the woman I saw behind the wheel of a blue Toyota highlander SUV as the driver Judge Kathe M. Tuttman outside the Edward W. Brookes Courthouse at the traffic lights first in line at the intersection on Merrimac Street, I saw her before I cross New Chardon Street. Marshal Paul Barton instructed me to report the crime at Area -1 police station and their detectives will investigate the incident." I stated "no they won't I had a hard time getting them to file a formal report and too investigated about the defendants I outline in my complaint under the RICO ACT." Marshal Barton state that where you have to start first with Area-1 police station , if they refused to investigate then come back to the Marshals office and report it. Marshal Barton also stated the reason being I have to follow the proper protocol to the chain of command starts at Boston Police." "You have the make of the car, time, location and you can identify the driver as the Judge Tuttman." I respond "the entire incident is on the traffic cameras  installed on Merrimac Street and New Chardon Street and the Government Center Parking Garage has cameras at ALL 4 entrances and exits."

Went up to the 9th floor of the United States District Court of Massachusetts to the Department of Justice asks the male receptionist

"to speak with a Federal Prosecutor regarding the matter of a defendant I filed a Federal Civil Action against made an attempt on my life, shortly after the defendant was notified of the Federal Civil Action." The male receptionist asked "if I had an appointment" and informed me to "hold on he will get his supervisor" Lauren Beckwith came to talk with me to which I decline to talk with her due to the fact I name her in my Civil Action so I view this conversation as a conflict of interest I asked to speak with someone else , Ms. Beckwith response "she will get her supervisor." Supervisor Administrative Officer Paul Havey of the DOJ came to speak with me with a complaint form in hand. I recited the incident that took placed on April 28th 2011 @1:03pm, Mr. Havey advise me to fill out another complaint. I pointed out that I filed a previous complaint here in this department on March 4, 2011 to which was tossed in the trash. On March 11,2011 I hand delivered the second complaint along with exhibits to the DOJ. I filled out the 3rd complaint and submitted my documentations surrounding the incident to which Mr. Havey took possession of to date stamp and time , make copies of. A paralegal by the name on Terry Fahey came out in a rude manner to talk with me about the April 28, 2011@1:03pm. To informed me that she" has read my complaint and do not see that a crime has been committed here." I respond to her "Since when someone making an attempt on your life is not a crime", "I don't want to talk with you" "I want to speak with an attorney a federal prosecutor preferably one who works for DOJ." Ms. Terry Fahey became angry and stated to me in a haughty voice "<u>Fat chances in hell that happening</u>" and stalked off towards the offices of the DOJ. Mr. Paul Havey came to give me a copy of the complaint and documents that I have submitted to him. <u>I immediately pointed out to Mr. Paul</u>

4

<u>Havey that the documents are not stamp/ dated time stating RECEIVED by DOJ</u>. Mr. Havey stated "oh I'm sorry, "my bag" I 'll stamp them now! I received the documents stamp date and time mark RECEIVED US ATTORNEY BOSTON MASS. I can only image what will happen to that complaint.   Went down to Area B-3 police station in Mattapan on Morton Street and Blue Hill Avenue. Informed the Boston Police officer on the desk Madeline Bank that "I would like to filed a Police Report on an attempt that was made against my life on April 28th 2011@1:03pm by a defendant I have listed in a Federal Civil Action." Officer Banks informed me "she needed to talk with her LT. a Caucasian male Boston Police officer by the name of LT. Troy came to me and asked me to tell him what happen. I recited the incident that took place on April 28th 2011@1:03pm the attempt made on my life by Judge Kathe M. Tuttman. LT. Troy stated to me "he will have one of his officer's filed the report but he will not put the judge's name in the report" I responded "why not? he stated "because you did not see the SUV license plate number" I stated "I saw her face 2 times and here is a photo of what she looks like not only that the incident was recorded on the traffic cameras and the Government Center Parking Garage has video cameras at all 4 entrances and exits of the garage." "The woman in this picture is the driver of a blue Toyota Highlander SUV interior beige or tan." "LT. Troy stated that "he did not care the only name in the report will be yours." I then informed LT. Troy I was calling Boston Police Internal Affairs unit at Headquarters. Again Lt. Troy stated "he did not care and proceeded by his own admission spell out his last name to me. I called area Headquarters Internal Affairs unit a recited my ordeal. Transfer to a LT. McDonovan informed him of the situation too which LT. McDonovan took my name and phone and stated he will

give me a call right back . LT. McDonovan calls me back to say "he spoken with LT. Troy and he will be filing your report with the name of the offender listed on the police report. LT. Troy comes out the office with a heavy set officer SGT. With salt pepper hair coloring Caucasian male. LT. Troy once again "informed me that he will have officer Banks file the police report." To which I responded "thank you I hate to have a federal summons come your way for you to explain why you did not file a report on the attempt of my life." After Officer Banks finish typing the police report she stated that " she is going to have LT. Troy view the police report before she can give me a copy." I finally received the report a notice the following intentional errors (1.) the Judge's name is spell wrong (Cathy Tubman) the correct spelling is Kathe M. Tuttman.(2.) slot 2 where the report lists occupation of the offender is left blank.(3). The second page of the report has the victim name as Sharon Cammille, which Cammille is my middle name not my last name my last name is Riddick. Judge Tuttman name is listed as being incorrect again. I asked Officer Banks "how could she misspell my name although I gave her my driver's license." I asked officer Banks "to make the correct changes regarding the names on the police report"; she stated "no she was following the orders of LT. Troy." I then stated "I want to talk with LT. Troy again". At this time it was shift change LT. McLaughlin came and talk with me I recited the incident on April 28th 2011@1:03pm . LT. McLaughlin asked me "if I saw the driver of the SUV blue Toyota Highlander. I stated "I saw her and handed him a picture of Judge Kathe M. Tuttman that is the driver who tried to run me over on the 28th of April 2011@1:03pm at the intersections of Merrimac Street and New Chardon Street." LT. McLaughlin instructed officer banks "to make the changes to the name and give the victim a copy. "I received a

copy of the police report satisfies with the report I left area B-3 police station. All events happen on this date May 2, 2011 were witness by my associate Vibert Cato.

I would like for Judge Nancy Gertner to have the Federal Marshals and the Department of Justice to investigate the incident of an attempt on my life on April 28th 2011 @1:03pm by Judge Kathe M.Tuttman. Issue Restraining Orders against all defendants listed in Civil Action 111-cv-10613NG. Attempted murder charges press against Judge Kathe M.Tuttman and the all defendants listed in this Civil Action 111-cv-10613immediately.

Sharon Riddick

Submitting following documents:

(1). 2 Boston Police Reports, the report with the errors of names and the revise Boston Police Report.

(2). United States Attorney District of Massachusetts Request for Inquiry dated/time stamped May 2,2011@12:16pm.

(3). A photo of Judge Kathe M. Tuttman.

(4). Juror badge from the Edward W. Brooke Courthouse stating the date and day of service.

(5). Second Summons for Juror Service from the Office of Jury Commission for the Commonwealth 560 Harrison Avenue, Suite 600 Boston Mass.

CC:  Commission of Judicial Conduct

   Massachusetts Bar of Overseers

   United States District Court of Massachusetts

   Defendants of Civil Action No. 111-10613-NG

   Federal Judge Nancy Gertner