# United States Court of Appeals
## For the First Circuit

No. 11-1577

SHARON RIDDICK,

Plaintiff, Appellant,

v.

MARK G. MILIOTIS, Attorney, Law Offices of Mark Miliotis, ET AL.,

Defendants, Appellees.

Before

Torruella, Lipez and Howard,
<u>Circuit Judges</u>.

JUDGMENT

Entered:  November 2, 2011

    Appellees have moved for summary disposition of plaintiff Sharon Riddick's appeal from the district court's dismissal of her complaint for failure to state a claim.  This court reviews the dismissal of a complaint pursuant to Fed.R.Civ.P. 12(b)(6) *de novo*.  <u>Ocasio-Hernandez</u> v. <u>Fortuno-Burset</u>, 640 F.3d 1, 7 (1st Cir. 2011).  "'To survive a motion to dismiss, a complaint must contain sufficient factual matter, accepted as true, to "state a claim to relief that is plausible on its face."'" <u>Rios-Colon</u> v. <u>Toledo-Davila</u>, 641 F.3d 1, 4 (1st Cir. 2011) (quoting <u>Ashcroft</u> v. <u>Iqbal</u>, 556 U.S. 662, 129 S.Ct. 1937, 1949 (2009)).

    We agree with the district court that plaintiff's Racketeer Influenced and Corrupt Organizations Act (RICO) claim was the only predicate in her complaint for invoking federal jurisdiction.  Essentially for the reasons stated by the district court, we conclude that the complaint failed to state a RICO claim.  Among other shortcomings, the complaint failed to "plead facts plausibly implying the existence of an enterprise with the structural attributes identified in <u>Boyle</u>: a shared 'purpose, relationships among those associated with the enterprise, and longevity sufficient to permit these associates to pursue the enterprise's purpose.'" <u>In re Insurance Brokerage Antitrust Litigation</u>, 618 F.3d 300, 369-70 (3d Cir. 2010); <u>see also</u> <u>Rao</u> v. <u>BP Products North America, Inc.</u>,

589 F.3d 389, 400 (7th Cir. 2009).

      The district court's dismissal of the complaint is affirmed. Appellees' requests for sanctions pursuant to Fed.R.App.P. 38 are denied. Appellant's motions for default judgments are denied. All other pending motions are denied as moot.

      By the Court:

      /s/ Margaret Carter, Clerk.

cc:
Sharon C. Riddick
Paul L. Landry
Donald J. Siegel
Jennifer L. Noe
Howard Meshnick
Paul F. Kelly
Peter G. Hermes
Andrew R. Ferguson
Christopher Gerard Betke