# United States Court of Appeals
## For the First Circuit

No. 11-1577

SHARON RIDDICK

Plaintiff - Appellant

v.

MARK G. MILIOTIS, Attorney, Law Offices of Mark Miliotis; ANTHONY NEAL, Attorney, Law Offices of Anthony Neal; KEVIN J. O'CONNOR, Attorney, Law Offices of Hermes, Netburn, O'Connor & Spearing, P.C.; SARAH E. PURPURS, Attorney, Law Offices of Hermes, Netburn, O'Connor & Spearing, P.C.; PAUL F. KELLY, Attorney, Law Offices of Segal, Roitman & Coleman; MICHAEL J. DOHENY, Attorney, Law Offices of Segal, Roitman & Coleman; RYAN T. KILLMAN, Attorney, Law Offices of Ryan T. Killman; KATHE M. TUTTMAN, Judge, Massachusetts Superior Court; HARRINGTON BROTHERS, CORPORATION; SHEET METAL WORKERS INTERNATIONAL ASSOCIATION LOCAL 17; SHEET METAL WORKERS LOCAL 17 JOINT APPRENTICESHIP TRAINING COMMITEE (JATC); THOMAS S. FITZPATRICK; PETER E. O'LEARY; JOSEPH BERGANTINO; JAMES WOOL; STEPHEN MACKENZIE; PAUL L. LANDRY, Attorney, Law Offices of Mark Miliotis

Defendants - Appellees

**MANDATE**

Entered: December 6, 2011

In accordance with the judgment of November 2, 2011, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Christopher Gerard Betke
Andrew R. Ferguson
Peter G. Hermes
Paul F. Kelly

Paul L. Landry
Howard Meshnick
Jennifer L. Noe
Sharon C. Riddick
Donald J. Siegel