# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

December 15, 2011

**William K. Suter**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA  02210

  Re: Sharon Riddick
    v. Mark G. Miliotis, et al.
    No. 11-7777
    (Your No. 11-1577)

Dear Clerk:

  The petition for a writ of certiorari in the above entitled case was filed on December 6, 2011 and placed on the docket December 15, 2011 as No. 11-7777.

          Sincerely,

          **William K. Suter**, Clerk

          by

          Sandy Spagnolo
          Case Analyst